UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                              CASE NO. 2:24CR20012-001

RODNEY DEWAYNE SHEFFIELD                                        DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 34) entered in this case and accepts Defendant's plea of guilty to Counts 1 and 2 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 28th day of June, 2024.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE